UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**JAMIE EUGENE BITNER and TABITHA MICHELLE BITNER**
a/k/a TABITHA MICHELLE HAJNY, TABITHA MOULDEN
S.S. Nos.: xxx-xx-6183 and xxx-xx-4014
Mailing Address: 405 COPPER CREEK DR, Raeford, NC 28376-

Case No. 10-81206

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on July 12, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 30, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 7/1/10
**Lastname-SS#:** Bitner-6183

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Hoke County Taxes | 3 | House & Lot |
| | USAA Federal Savings Bank | 6 | House & Lot |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Santander | 2007 Nissan Xterra |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Hoke County Taxes | 3 | | ** |
| | USAA Federal Savings Bank | 6 | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| Gold's Gym | Contract |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Santander | 4 | $14,760 | 5.00 | $148 | $288.18 | 2007 Nissan Titan |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Ford Motor Credit Company | 1 | $20,936 | 5.00 | $124 | $408.77 | 2010 Ford Focus |
| | Ford Motor Credit Company | 2 | $24,685 | 5.00 | $129 | $481.96 | 2010 Ford Focus |
| | Wells Fargo | 7 | $11,046 | 5.00 | $100 | $215.67 | 2009 Hyundai Accent |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int."o | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,478** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **2.01** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

# CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Capital One Bank
Post Office Box 85167
Richmond, VA 23285-5167

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Children of Jamie Bitner
c/o Jennifer Soloman Bitner
35637 County Road 439
Eustis, FL 32736

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

American Eagle
c/o GE Money Bank
Post Office Box 981400
Roswell, GA 30076-1400

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

AT&T
c/o NRSLTD
2304 Tarpley Road
#134
The Colony, TX 75056

Florida Child Support Enforcemen
Lake County
550 West Main Street
Tavares, FL 32778-3115

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

AT&T
Post Office Box 6013
Sioux Falls, SD 57117-6013

FLSDU
Post Office Box 8500
Tallahassee, FL 32314-8500

Experian
P.O. Box 2002
Allen, TX 75013-2002

AT&T
Post Office Box 105503
Atlanta, GA 30348

Ford Credit
c/o Correspondence
Post Office Box 542000
Omaha, NE 68154-8000

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

AT&T Mobility
Post Office Box 772349
Ocala, FL 34477-2349

Ford Motor Credit
National Bankruptcy Service Cente
Post Office Box 537901
Livonia, MI 48153-7901

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Best Buy Reward Zone Program
Post Office Box 80045
Salinas, CA 93912-0045

Friedmans
220 W Schrock Road
Westerville, OH 43081

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Jennifer Soloman Bitner
35637 County Road 439
Eustis, FL 32736

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

Gold's Gym
2485 Hope Mills Road
Fayetteville, NC 28304

Macy's
Post Office Box 8053
Mason, OH 45040-8053

Sallie Mae
Post Office Box 9500
Wilkes Barre, PA 18773-9500

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

Military Credit Services, LLC
1150 E. Little Creek Road
Suite 201
Norfolk, VA 23518

Santander
8585 Stemmons Fwy
Suite 1100-N
Dallas, TX 75247

Home Depot Credit Services
Post Office Box 653000
Dallas, TX 75265-3000

Military Star Card
3911 South Walton Walker Boulevard
Dallas, TX 75265-0410

Santander Consumer USA
Attention: Bankruptcy Dept.
Post Office Box 560284
Dallas, TX 75356-0284

HSBC Card Services
Post Office Box 81622
Salinas, CA 93912-1622

Military Star Card
Exchange Credit Program
Disputes Unit
Post Office Box 650410
Dallas, TX 75265-0410

The Law Offices of John T. Orcu
6616-203 Six Forks Road
Raleigh, NC 27615

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Jennifer Soloman Bitner
35637 County Road 439
Eustis, FL 32736

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202

Kohl's
Post Office Box 3043
Milwaukee, WI 53201-3043

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328

Lendmark
Post Office Box 87014
Fayetteville, NC 28304-7014

Paypal Buyer Credit
c/o GE Money Bank
Post Office Box 981064
El Paso, TX 79998-1064

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

Lowe's
Post Office Box 981400
El Paso, TX 79998-1400

Pioneer Services
4000 S. Eastern Avenue
Suite 300
Las Vegas, NV 89119

USAA Credit Card Services
Post Office Box 65020
San Antonio, TX 78265-5020

USAA Federal Savings Bank
4801 Frederica Street
Owensboro, KY 42301


USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0596


Vector Security
70 East Business Park
131 US 70 East
Garner, NC 27529


Veterans Administration
Regional Office
251 North Main Street
Winston-Salem, NC 27155


Victoria's Secret
c/o WFNNB
Bankruptcy Department
Post Office Box 182125
Columbus, OH 43218-2125

Wal-Mart
Post Office Box 981470
El Paso, TX 79998-1470



Wells Fargo Dealer Services, Inc
Attn: Correspondence
MAC T9017-026
PO Box 168048
Irving, TX 75016-8048

Zales
Post Office Box 653054
Dallas, TX 75265-3054