UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 10-81228 |
| TROY LEE COCKERHAM, JR. and | ) | |
| ALIDA JANTINA COCKERHAM, | ) | |
|     Debtors | ) | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES Cindy G. Oliver of OLIVER & OLIVER, PLLC, on behalf of **Bank of America, N.A.** ("Bank of America"), a creditor in the above-captioned case, and hereby gives notice of appearance as the attorney of record for Bank of America, and further specifically requests that the Court, Trustee and Counsel for Debtor(s) provide her with a copy of all notices, hearings, proceedings and orders, and that the following address be included on the mailing matrix:

    Cindy G. Oliver
    Attorney for Bank of America
    OLIVER & OLIVER, PLLC
    P.O. Box 10349
    Raleigh, North Carolina 27605

This the 29th day of July 2010.

    s/ Cindy G. Oliver_____
    N.C. State Bar # 14258
    *Attorney for Bank of America, N.A.*
    OLIVER & OLIVER, PLLC
    P.O. Box 10349
    Raleigh, North Carolina 27605
    (919) 719-3340

CERTIFICATE OF SERVICE

I, Cindy G. Oliver, of OLIVER & OLIVER, PLLC, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this date, I mailed a copy of the foregoing **Notice of Appearance and Request For Notices** by depositing copies thereof in the United States mail, postage prepaid, in an envelope addressed as shown below:

| | |
|---|---|
| Richard M. Hutson, II<br>P.O. Box 3613<br>Durham, North Carolina 27702 | Trustee |
| John T. Orcutt<br>6616 Six Forks Road, Suite 203<br>Raleigh, North Carolina 27615 | Attorney for Debtors |

I certify under penalty of perjury that the foregoing is true and correct.

This the 29th day of July 2010.

        s/ Cindy G. Oliver_____
        N.C. State Bar # 14258
        *Attorney for Bank of America, N.A.*
        OLIVER & OLIVER, PLLC
        P.O. Box 10349
        Raleigh, North Carolina 27605
        (919) 719-3340