C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Jamie Eugene Bitner )   **Motion and Order**
     Tabitha Michelle Bitner )   **Chapter 13**
      )
      )   No. B-10-81206 C-13D
     Debtors )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On November 10, 2010, a hearing was held on the Objection by the Standing Trustee to confirmation of the Debtors' plan which was sustained. An Order was entered giving the Debtors up to and including December 10, 2010, within which to file a new or amended proposed plan. The Debtors have failed to file a new or amended proposed plan.

The Standing Trustee respectfully recommends to the Court that this case be dismissed for failure of the Debtors to comply with the Court's Order entered November 10, 2010.


Date:  December 20, 2010      s/Richard M. Hutson, II
    ltp      Richard M. Hutson, II, Standing Trustee

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81206 C-13D**

Jamie E. Bitner
Tabitha M. Bitner
405 Copper Creek Drive
Raeford, NC 28376

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702