Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−81206

IN THE MATTER OF:
Jamie Eugene Bitner     xxx−xx−6183
Tabitha Michelle Bitner     xxx−xx−4014
aka Tabitha Michelle Hajny
aka Tabitha Moulden
405 Copper Creek Drive
Raeford, NC 28376

   Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 12/21/10

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 12/21/10                                                                         OFFICE OF THE CLERK/ smw