C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In Re: Jamie Eugene Bitner )
      Tabitha Michelle Bitner )
)
) No: B-10-81206 C-13D
Debtor(s) )

## AMENDED ORDER

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to modify the Debtors' Plan to provide that insurance proceeds shall pay the claim of Ford Motor Credit on the Debtors' 2010 Ford Focus ("the automobile") due to the automobile being involved in a collision and declared a total loss and there being no filed objection to the Motion within the time period set forth in the Notice issued on June 2, 2011 by the Clerk of Court setting July 5, 2011 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is ORDERED

      1. The Debtors' Plan is modified pursuant to 11 U.S.C. §1329.

      2. The remaining secured claim of Ford Motor Credit having a principal balance of $21,700.72 plus interest at the rate of 5.25% per annum from April 30, 2011, be satisfied from insurance proceeds and such proceeds shall be paid by the insurance carrier directly to Ford Motor Credit.

      3. Upon receipt of the insurance proceeds, Ford Motor Credit shall release its lien on the automobile and forward the certificate of title to the automobile directly to the insurance carrier.

      4. In the event that the insurance proceeds exceed the balance of the secured claim, such remaining proceeds shall be paid to the Trustee for application on the Debtors' Plan.

      5. In the event that the balance of Ford Motor Credit's secured claim exceeds the amount of insurance proceeds, Ford Motor Credit shall have 90 days from the entry of this Order within which file a documented deficiency claim with the Court; and if no claim is timely filed, the secured claim of Ford Motor Credit shall be deemed satisfied from insurance proceeds.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-10-81206 C13D**

Jamie Eugene Bitner
Tabitha Michelle Bitner
501 Burke Drive, Apt. 1012
Hinesville, GA 31313

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Ford Motor Credit
Chapter 13 (Drawer 55-953)
PO Box 55000
Detroit, MI 48255-0953

Geico
One Geico Landing
Virginia Beach, VA 23454